SEALED

FILED

JUL 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08 MJ 00156- GSA |
| Plaintiff, | ORDER SEALING COMPLAINT AND MEMORANDUM AND DECLARATION IN SUPPORT THEREOF |
| v. | |
| NAMED DEFENDANTS, | |
| Defendants. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

IT IS SO ORDERED, that the complaint shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: July 18, 2008

Honorable Gary Austin
U.S. Magistrate Judge

I