FILED

JUL 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-MJ-156 GSA |
| Plaintiff, | ) | ORDER UNSEALING COMPLAINT |
| v. | ) | |
| KHON DORN, et. al., | ) | |
| Defendants. | ) | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed for use against the defendant who have been arrested,

IT IS SO ORDERED, that the complaint previously filed with this Court under seal shall be unsealed.

DATED: July 21, 2008

Honorable Gary S. Austin
U.S. Magistrate Judge

1