LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-cr-00246-OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS AND STATUS CONFERENCE HEARING AND ORDER THEREON |
| ANTONIO DELEON, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions and status conference hearing currently set for **April 20, 2009** may be continued to **May 18, 2009 at 9:00 a.m.** The parties further request that a new motions schedule be set as follows:

Filing: April 20, 2009;

Response: May 11, 2009.

This request is being made because the parties are attempting to resolve the matter prior to filing and litigating motions. Additional time is needed by the parties to discuss the offers and for further negotiation. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set

///

///

1

forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: March 24, 2009  　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Laurel J. Montoya
　　　　　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated: March 24, 2009  　　　　　　　　　　　　 /s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant DeLeon

Dated:  March 24, 2009  　　　　　　　　　　　　 /s/ Galatea R. DeLapp
　　　　　　　　　　　　　　　　　　　　　　　GALATEA R. DELAPP
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Dorn

Dated:  March 24, 2009  　　　　　　　　　　　　 /s/ Carolyn Phillips
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Peang

Dated:  March 24, 2009  　　　　　　　　　　　　 /s/ R. Frank Butler
　　　　　　　　　　　　　　　　　　　　　　　R. FRANK BUTLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Chheun

Dated: March 24, 2009  　　　　　　　　　　　　 /s/ Richard Beshwate, Jr.
　　　　　　　　　　　　　　　　　　　　　　　RICHARD BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Ros


ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).



IT IS SO ORDERED.

**Dated:   March 26, 2009**　　　　　　　　　　　 /s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE