1  Carolyn D. Phillips   #103045
2  Attorney at Law
   P. O. Box 5622
3  Fresno, California  93755-5622
   559/248-9833
4
   Attorney for defendant Narath Paeng
5
              IN THE UNITED STATES DISTRICT COURT IN AND FOR
6
                   THE EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,    )   Case No. 1:08-cr-246 OWW
                                )
9                               )   STIPULATION TO CONTINUE
                 Plaintiff,     )   MOTIONS AND STATUS
10 v.                           )   CONFERENCE HEARING, AND ORDER
                                )   THEREON
11 ANTONIO DELEON, et al.,      )
                                )
12               Defendant.     )
   _____)
13
        IT IS HEREBY STIPULATED by and between the parties hereto,
14
   and through their respective attorneys of record herein, that
15
   the motions and status conference hearing currently set for **May
16 18, 2009** at 9:00 a.m., in the above captioned matter, may be
   continued to **July 13, 2009 at 9:00 a.m.**  The parties further
17
   request that a new motions schedule be set as follows:
18

19    Filing:      June 8, 2009

20    Response: June 29, 2009

21    This request is being made because the parties are
22 attempting to resolve the matter prior to filing and litigating

23 *Stipulation to Continue Motions Hearing and Status Conference, and Order Thereon;*      1
   *U. S. v. Antonio Deleon et al., Case No. 1:08-cr-246 OWW*

motions.  Additional time is needed by the parties to discuss the offers and for further negotiation.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated:  April 15, 2009          Respectfully submitted,

                                      /s/ Carolyn D. Phillips
                                        CAROLYN D. PHILLIPS
                                        Attorney for Narath Paeng

Dated:  April 15, 2009          LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/Laurel J. Montoya
                                        By:  LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

Dated:  April 15, 2009          /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for Antonio DeLeon

Dated:  April 15, 2009          /s/ Galatea R. DeLapp
                                        GALATEA R. DELAPP
                                        Attorney for Khon Dorn

Dated:  April 15, 2009          /s/ Richard Beshwate
                                        RICHARD BESHWATE
                                        Attorney for Saroeun Ros

Dated:  April 15, 2009          /s/ Frank Butler
                                        FRANK BUTLER
                                        Attorney for Ol Young Cheann

**ORDER**

*Stipulation to Continue Motions Hearing and Status Conference, and Order Thereon;*
 U. S. v. Antonio Deleon *et al.*, Case No. 1:08-cr-246 OWW

IT IS SO ORDERED.

Dated: 4/16/2009                          /s/OLIVER W. WANGER
                                                     HON. OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

*Stipulation to Continue Motions Hearing and Status Conference, and Order Thereon;*
*U. S. v. Antonio Deleon et al., Case No. 1:08-cr-246 OWW*

3