1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 545 East Alluvial, Suite 112
Fresno, California 93720
3 | Telephone (559) 449-9069
Facsimile (559) 449-9016
4 |
5 | Attorney for Defendant,
ANTONIO DE LEON
6 |
7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,    )   CASE NO. 1:08-cr-00246-OWW
                                  )
12 |         Plaintiff,             )
                                  )   STIPULATION TO MODIFY
13 |                                 )   MOTIONS SCHEDULE
     vs.                            )   AND ORDER THEREON
14 |                                 )
                                  )
15 | ANTONIO DE LEON,               )
                                  )
16 |         Defendant.             )
                                  )
17 | _____ )

18 |

19 |      IT IS HEREBY STIPULATED by and between the parties hereto, and through their

20 | respective attorneys of record herein, that the following motions schedule be submitted to the

21 | court for approval:

22 |      Filing:      June 22, 2009

23 |      Response:    July 6, 2009

24 |      Replies:     July 9, 2009

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION TO MODIFY
MOTIONS SCHEDULE AND ORDER THEREON          1

1  The motion hearing will remain on July 13, 2009 at 9:00 a.m. as previously scheduled.
2  This request is bring made to allow additional time for defense preparation and further plea
3  negotiation.  Time constraints have been compounded by Attorney Moses' personal family
4  matters which are out of town.

5  Dated: June 4, 2009                                By:  /s/ Carol Ann Moses
                                                           CAROL ANN MOSES
6                                                          Attorney for Antonio De Leon

7  Dated: June 4, 2009                                     LAWRENCE G. BROWN
                                                           Acting United States Attorney
8

9                                                     By:  /s/ Kathleen Servatius
                                                           KATHLEEN SERVATIUS
10                                                         Assistant U.S. Attorney

11 Dated: June 4, 2009                                By:  /s/ Carolyn D. Phillips
                                                           CAROLYN D. PHILLIPS
12                                                         Attorney for Narath Paeng

13 Dated: June 4, 2009                                By:  /s/ Galatea R. DeLapp
                                                           GALATEA R. DELAPP
14                                                         Attorney for Khon Dorn

15 Dated: June 4, 2009                                By:  /s/ Richard Beshwate
                                                           RICHARD BESHWATE
16                                                         Attorney for Saroeun Ros

17 Dated: June 4, 2009                                By:  /s/ Frank Butler
                                                           FRANK BUTLER
18                                                         Attorney for Ol Young Cheann

19

20                                          **ORDER**

21

22 IT IS SO ORDERED.

23 **Dated:   June 5, 2009**                              /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28