1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   ANTONIO DE LEON
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 1:08-cr-00246-OWW
                                  )
12         Plaintiff,              )
                                  )   STIPULATION TO CONTINUE
13                                )   STATUS CONFERENCE TO
   vs.                            )   NOVEMBER 23, 2009;
14                                )   ORDER
                                  )
15 ANTONIO DE LEON,               )
                                  )
16         Defendant.              )
                                  )
17 _____ )

18

19         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

20 respective attorneys of record herein, that the Status Conference hearing currently set for October

21 13, 2009 at 1:30 p.m. in the above captioned matter, be continued to November 23, 2009, at 1:30

22 p.m.

23         This request is made because the defense expert is scheduled to view the evidence on

24 October 19, 2009, which is after the currently scheduled Status Conference of October 13, 2009.

25 The defense expert needs to see the evidence and advise defense counsel of his findings so the

26 ///

27 ///

28 ///

defense attorneys can competently advise their clients of their potential exposure under the proposed plea agreements.  November 23, 2009 is the earliest date the parties are available collectively and believe they will have already discussed the matter with their clients.

Dated: October 1, 2009                By: /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
                                                  Attorney for Antonio De Leon

Dated: October 1, 2009                LAWRENCE G. BROWN
                                                  Acting United States Attorney

                                                  By: /s/ Kathleen Servatius
                                                  KATHLEEN SERVATIUS
                                                  Assistant U.S. Attorney

Dated: October 1, 2009                By: /s/ Carolyn D. Phillips
                                                  CAROLYN D. PHILLIPS
                                                  Attorney for Narath Paeng

Dated: October 1, 2009                By: /s/ Galatea R. DeLapp
                                                  GALATEA R. DELAPP
                                                  Attorney for Khon Dorn

Dated:  October 1, 2009               By: /s/ Jon Kiyoshi Renge
                                                  JON KIYOSHI RENGE
                                                  Attorney for Saroeun Ros

Dated:  October 1, 2009               By: /s/ Frank Butler
                                                  FRANK BUTLER
                                                  Attorney for Ol Young Cheann

Case 1:08-cr-00246-LJO   Document 61   Filed 10/02/09   Page 2 of 3

defense attorneys can competently advise their clients of their potential exposure under the proposed plea agreements.  November 23, 2009 is the earliest date the parties are available collectively and believe they will have already discussed the matter with their clients.

Dated: October 1, 2009                By: /s/ Carol Ann Moses
              CAROL ANN MOSES
              Attorney for Antonio De Leon

Dated: October 1, 2009                LAWRENCE G. BROWN
              Acting United States Attorney

              By: /s/ Kathleen Servatius
              KATHLEEN SERVATIUS
              Assistant U.S. Attorney

Dated: October 1, 2009                By: /s/ Carolyn D. Phillips
              CAROLYN D. PHILLIPS
              Attorney for Narath Paeng

Dated: October 1, 2009                By: /s/ Galatea R. DeLapp
              GALATEA R. DELAPP
              Attorney for Khon Dorn

Dated:  October 1, 2009               By: /s/ Jon Kiyoshi Renge
              JON KIYOSHI RENGE
              Attorney for Saroeun Ros

Dated:  October 1, 2009               By: /s/ Frank Butler
              FRANK BUTLER
              Attorney for Ol Young Cheann

[PROPOSED]  ORDER

The Court, having reviewed the above request for a Continuance of Status Conference until November 23, 2009, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing currently scheduled for October 13, 2009 shall be continued to November 23, 2009 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   October 1, 2009           /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE