1   **GALATEA  DeLAPP  #181581**
Attorney at Law
2   4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3   PHONE (559) 803-0471
FAX (559) 961-4488
4

5   ATTORNEY FOR   *KHON DORN*

6

7

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                       )
12          *Plaintiff*,               )          CASE NO. 1:08-cr-00246-OWW
                                       )
13          v.                         )          STIPULATION TO CONTINUE STATUS
                                       )          CONFERENCE; AND ORDER THEREON
14   KHON DORN,                        )
                                       )
15          *Defendant*.               )
     _____ )
16

17

18          **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through

19   their respective attorneys of record herein, that the continued motion and status conference

20   hearing in the above captioned matter now scheduled for *November 23, 2009, at 1:30 p.m.*

21   in the above captioned matter, be continued to *January 25, 2010 at 1:30 p.m.*

22          This request is made in order to facilitate further investigation, consultation with an

23   expert, exchange of new discovery bearing upon plea negotiations, to further advise clients,

24   and to accommodate on going trial schedule and appearance schedules of defense counsel.

25          The parties agree that the delay resulting  from the continuance shall be excluded in

26   the interests of justice herein for effective preparation and plea negotiations  pursuant to 18

27   U.S.C. §§ 3161(h)(8)(A).

28   //

1

2    Dated: November 19, 2009                    By: /s/ Galatea R. DeLapp

3                                                    **GALATEA R. DELAPP**
                                                     Attorney for Khon Dorn
4

5    Dated: November 19, 2009                        LAWRENCE G. BROWN
                                                     Acting United States Attorney
6

7                                                By: /s/ Kathleen Servatius
                                                     **KATHLEEN SERVATIUS**
8                                                    Assistant U.S. Attorney

9    Dated: November 19, 2009                    By: /s/ Carolyn D. Phillips
                                                     **CAROLYN D. PHILLIPS**
10                                                   Attorney for Narath Paeng

11
     Dated:  November 19, 2009                   By: /s/ Jon Kiyoshi Renge
12                                                   **JON KIYOSHI RENGE**
                                                     Attorney for Saroeun Ros
13
     Dated: November 19, 2009                    By: /s/ Frank Butler
14                                                   **FRANK BUTLER**
                                                     Attorney for Ol Young Cheann
15
     Dated: November 19, 2009                    By: /s/ Carol Ann Moses
16                                                   **CAROL ANN MOSES**
                                                     Attorney for Antonio De Leon
17

18                                     ORDER

19        The Court, having reviewed the above request for a Continuance of Status

20   Conference until *January 25, 2010*, and Order Thereon, HEREBY ORDERS AS

21   FOLLOWS:

22        1.      The Status Conference Hearing currently scheduled for *November 23, 2009*

23           *at 1:30 p.m.* shall be continued to *January 25, 2010 at 1:30 p.m.*

24   IT IS SO ORDERED.

25   **Dated:    November 19, 2009**              /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE
26

27

28

                                       2