**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant,
ANTONIO DE LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>           Plaintiff,                          )<br>                                                       )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>                                                       )<br>ANTONIO DE LEON, ET AL         )<br>                                                       )<br>           Defendant.                        )<br>                                                       )<br>_____) | CASE NO. 1:08-cr-00246-OWW<br><br>**AMENDED**<br>STIPULATION AND ORDER  TO<br> VACATE TRIAL DATE |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Trial in the above captioned matter currently scheduled for May 25, 2010, at 9:00 a.m. be vacated as defense counsel's expert is on extended medical leave through at least July.  Counsel propose the following schedule:  Trial date of

///

///

///

///

///

///

AMENDED STIPULATION AND ORDER TO VACATE TRIAL DATE

1

1  October 18, 2010 at 9:00 a.m., Motions in Limine filing on September 15, 2010, Responses
2  by September 22, 2010, Trial Confirmation and Motions in Limine hearing on September 27,
3  2010, at 9:00 a.m.  The parties agree that the delay resulting from the continuance shall be
4  excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.
5  §§ 3161(h)(8)(A).

6  Dated: April 2, 2010                                  By:  /s/ Carol Ann Moses
                                                              CAROL ANN MOSES
7                                                             Attorney for Antonio De Leon

8  Dated: April 2, 2010                                       BENJAMIN B. WAGNER
                                                              United States Attorney
9

10                                                       By:  /s/ Kathleen Servatius
                                                              KATHLEEN SERVATIUS
11                                                            Assistant U.S. Attorney

12  Dated: April 2, 2010                                 By:  /s/ Carolyn D. Phillips
                                                              CAROLYN D. PHILLIPS
13                                                            Attorney for Narath Paeng

14  Dated: April 2, 2010                                 By:  /s/ Galatea R. DeLapp
                                                              GALATEA R. DELAPP
15                                                            Attorney for Khon Dorn

16  Dated: April 2, 2010                                 By:  /s/ Jon Renge
                                                              JON RENGE
17                                                            Attorney for Saroeun Ros

18  Dated: April 2, 2010                                 By:  /s/ Frank Butler
                                                              FRANK BUTLER
19                                                            Attorney for Ol Young Cheann

20
21
22
23
24
25
26
27
28

**AMENDED** STIPULATION AND ORDER TO VACATE TRIAL DATE      2

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Trial scheduled in the above captioned matter on May 25, 2010, shall be vacated and the matter will be set for a new Trial Date of October 18, 2010 at 9:00 a.m., Motions in Limine filing on September 15, 2010, Responses by September 22, 2010, Trial Confirmation and Motions in Limine hearing on September 27, 2010 at 9:00 a.m.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   April 14, 2010**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE