**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **KHON DORN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:08-cr-00246-OWW |
| ) | |
| v. ) | STIPULATION TO CONTINUE TRIAL DATE; |
| ) | AND ORDER THEREON |
| KHON DORN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the trial date in the above captioned matter now scheduled for *October 19, 2010* in the above captioned matter, be continued to *Tuesday, March 22, 2011 at 9:00 AM.*

This request is made because the defense has been informed by and received a letter from Drug Detection Labs, the employing company of a key trial expert, *Toxicologist Edwin Smith*, shared by all defense members, that the expert is recovering from a second major surgery and is not expected back to work until *November or December 2010.* In addition to work previously done by this expert and distributed as part of discovery, another potential expert witness, *Botanist Professor Thomas Rost*, testimony depends on past work and work that was to be completed last week, but was not completed, by *Toxicologist*

*Edwin Smith*.

Further, defense counsel, **Frank Butler**, is recovering from pneumonia as a complication from a serious bone fracture.

All six counsel and both expert representatives have conferred and the week of *March 21, 2011* is the first workable trial date available for all counsel and all known experts.

Accordingly, Motions *in limine* schedule maybe reset as follows:

Motions *in limine* due:          **February 14, 2011**

Responses due:                    **February 21, 2011**

Hearing on motions *in limine*:   **February 28, 2011** at **1:30 PM**


The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective preparation and plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

//

Dated: September 10, 2010                    By: /s/ Galatea R. DeLapp

                                                                                    **GALATEA R. DELAPP**
Attorney for Khon Dorn

Dated: September 10, 2010                    BENJAMIN WAGNER
Acting United States Attorney

By: /s/ Kathleen Servatius
**KATHLEEN SERVATIUS**
Assistant U.S. Attorney

Dated: September 10, 2010                    By: /s/ Carolyn D. Phillips
**CAROLYN D. PHILLIPS**
Attorney for Narath Paeng

Dated: September 10, 2010                    By: /s/ Jon Kiyoshi Renge
**JON KIYOSHI RENGE**
Attorney for Saroeun Ros

Dated: September 10, 2010                    By: /s/ Frank Butler
**FRANK BUTLER**

Attorney for Ol Young Cheann

Dated: September 10, 2010                    By:  /s/ Carol Ann Moses
                                                  **CAROL ANN MOSES**
                                                  Attorney for Antonio De Leon

### [PROPOSED]  ORDER

The Court, having reviewed the above request to vacate the current trial date and reset it to *March 22, 2011 at 9:00 AM* and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing currently scheduled for *October 19, 2010* shall be continued to *March 22, 2011 at 9 AM*

2. Motions *in limine* to be reset as follows:

   | | |
   |---|---|
   | Motions *in limine* due: | *February 14, 2011* |
   | Responses due: | *February 21, 2011* |
   | Hearing on motions *in limine*: | *February 28, 2011* at *1:30 PM* |

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   September 15, 2010**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE