**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant,
ANTONIO DE LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>     Plaintiff,                          )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>                                                    )<br>ANTONIO DE LEON et al,         )<br>                                                    )<br>     Defendant.                      )<br>                                                    )<br>_____) | CASE NO. 1:08-cr-00246-OWW<br><br>ORDER<br>AFTER MOTION HEARING ON<br>FEBRUARY 28, 2011 |

    The motion of KHON DORN, ANTONIO DE LEON, NARATH PEANG, OL YOUNG CHEANN, and SAROEUN ROS, Defendants in the above-entitled matter, to continue the trial date and provide reasonable access to evidence, came before this Court on February 28, 2011. Kathleen Servatius and Elana Landau appeared for the Government and the respective attorneys of record herein appeared for the Defendants.

    After considering the evidence and the oral arguments of counsel, good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    The Motion to Continue Jury Trial was granted.  Jury Trial is continued to June 7, 2011.

    2.    Physical evidence will immediately be made available to Defense Counsel for

1         non-destructive analysis.

2    3.   The Defense Counsel will provide their expert report to the Government by March 20, 2011.

4    4.   The Government must file their objections and reply to Defense Counsel's expert report by April 10, 2011.

6    5.   The Government will provide their expert's report to Defense Counsel by April 15, 2011.

8    6.   Fed. Rules Crim.Proc., Rule 16 disclosure deadline is April 25, 2011.

9    7.   Motions in Limine are to be filed by May 6, 2011.

10   8.   Responses to Motions in Limine to be filed by May 11, 2011.

11   9.   The Motions in Limine Hearing / Trial Confirmation to be held on May 16, 2011.

IT IS SO ORDERED.

DATED: March 11, 2011                 /s/ OLIVER W. WANGER
                                             UNITED STATES DISTRICT JUDGE